# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIAM HITCHCOCK,**

        **Plaintiff,**

**-vs-**                                  **Case No.  6:04-cv-1722-Orl-28JGG**

**ORANGE COUNTY, FLORIDA,**

        **Defendant.**

_____

## ORDER

This case is before the Court on the parties' Motion For Approval of Settlement and Motion to Dismiss Case With Prejudice (Doc. No. 53) filed October 25, 2006.  The United States Magistrate Judge has submitted a report recommending that the motions be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed November 8, 2006 (Doc. No. 59) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The settlement reached by the parties is **APPROVED**.

3.     The Order To Show Cause (Doc. 52) is discharged with an admonishment to all counsel that their responses to the Court's orders fall below the Court's expectations and has created additional unnecessary work for an already over-burdened Court.  Similar conduct in the future may result in personal sanctions against counsel.

4.      This case is **DISMISSED** with prejudice.

5.      All pending motions are **DENIED** as moot.

6.      The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___8___ day of December, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party